UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM BAHADUR KHATRI, | No. 1:26-cv-0057-KES-FJS (HC) |
| Petitioner, | A-Number: 246-618-951 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | Docs. 1, 11, 13 |

Petitioner Padam Bahadur Khatri, a former immigration detainee, proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents moved to dismiss the petition following Petitioner's removal from the United States.  Doc. 11.  The magistrate judge found the petition is moot and recommended granting the motion to dismiss.  Doc. 13.

On May 5, 2026, the Court served the findings and recommendations on the parties with notice that any objections were to be filed within 21 days after service.  Doc. 13 at 2.  On May 15, 2026, the U.S. Postal Service returned the mail to Petitioner, marked "Undeliverable, Released."[1]  No objections were filed, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations

---

[1] Nevertheless, service upon Petitioner is deemed effective pursuant to Local Rule 182(f).

1

are supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued on May 5, 2026 (Doc. 13) are ADOPTED in full.

2. Respondents' motion to dismiss (Doc. 11) is GRANTED.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2